IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN FRANCIS THOMAS, #189325, ) | |
| ) | |
|     Plaintiff, ) | |
| v. ) | CASE NO. 2:13-cv-0346-TMH |
| ) | [WO] |
| ALABAMA BOARD OF PARDONS & ) | |
| PAROLES, *et al.*, ) | |
| ) | |
|     Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #8) filed on July 1, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #6) entered on June 20, 2013 is adopted;

3. The plaintiff's claims against the Alabama Board of Pardons and Paroles and the victim's rights advocate for VOCAL are dismissed prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

4. The Alabama Board of Pardons and Paroles and the victim's rights advocate for VOCAL are dismissed as defendants in this cause of action;

5. This case, with respect to the allegations set forth against defendants Wynne, Longshore, Walker, Dillard and the victim's rights representative for the Attorney

General of Alabama, is referred back to the Magistrate Judge for appropriate proceedings

DONE this the 7th day of October, 2013.

        /s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE