IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MELVIN FRANCIS THOMAS,   )<br>                          )<br>     Plaintiff,         )<br>                          )<br>     v.                   )<br>                          )<br>WILLIAM W. WYNNE JR.,     )<br>et al.,                   )<br>                          )<br>     Defendants.         )     | CIVIL ACTION NO.<br>   2:13cv346-MHT<br>        (WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that he was unfairly denied parole on the basis of false and otherwise inappropriate information, and without an adequate opportunity to present rebuttal evidence. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of July, 2016.

                                                /s/ Myron H. Thompson  
                                       UNITED STATES DISTRICT JUDGE